Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH SPECIALTIES LONDON LIMITED, a New York corporation; ASSURANCE COMPANY OF AMERICA, an Illinois corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, an Illinois corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; UNIONAMERICA INSURANCE COMPANY LIMITED, successor in interest to ST. PAUL REINSURANCE COMPANY LIMITED, a London corporation,<br><br>Defendants. | Case No.: 2:16-cv-01278-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CENTEX HOMES TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS UNIONAMERICA INSURANCE COMPANY LIMITED'S COUNTERCLAIM PURSUANT TO FRCP 12(b)(6)**<br><br>**(First Request)** |

Plaintiff Centex Homes ("Centex"), by and through its counsel of record, Sarah J. Odia, of Payne & Fears LLP, and Defendant Unionamerica Insurance Company Limited, as successor-in-interest to St. Paul Reinsurance Company Limited ("Unionamerica"), by and through its counsel of record, Chad C. Butterfield, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree to extend the deadline for Centex to file a reply brief in support of its Motion to Dismiss Unionamerica's Counterclaim Pursuant to FRCP 12(b)(6) (the "Counterclaim"), filed on November 30, 2016 (ECF 26), from January 6, 2017 to January 13, 2017.

Per Local Rule IA 6-1, this is the first request to the Court for an extension of Centex's deadline to file a reply brief in support of its Motion to Dismiss the Counterclaim. The extension is requested in order to provide sufficient time to research and brief the issues set forth in the Counterclaim, and to allow time for client input. The requested extension is short, as the parties are seeking to extend the deadline by one week, so it will not unduly delay or impact the case.

DATED this 4th day of January, 2017

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq., NV Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
*Attorneys for Defendant Unionamerica Insurance Company Limited,
as successor-in-interest to St. Paul Reinsurance Company Limited*

DATED this 4th day of January, 2017

**PAYNE & FEARS LLP**

*/s/ Sarah J. Odia*
Scott S. Thomas, Esq., NV Bar No. 07937
Sarah J. Odia, Esq., NV Bar No. 11053
Nevada Bar No. 011053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV  89128
*Attorneys for Plaintiff Centex Homes*

## [PROPOSED] ORDER

IT IS SO ORDERED: Centex Homes' reply brief in support of its Motion to Dismiss Unionamerica's Counterclaim is due on or before January 13, 2017.

Dated January 6, 2017.

_____
UNITED STATES DISTRICT JUDGE

4821-8597-3568.1