Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>                     Plaintiff,<br><br>          v.<br><br>ZURICH SPECIALTIES LONDON LIMITED, a New York corporation; ASSURANCE COMPANY OF AMERICA, an Illinois corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, an Illinois corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; UNIONAMERICA INSURANCE COMPANY LIMITED, successor in interest to ST. PAUL REINSURANCE COMPANY LIMITED, a London corporation,<br><br>                     Defendants. | Case No.: 2:16-cv-01278-JCM-GWF<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF CENTEX HOMES' COMPLAINT AGAINST ZURICH SPECIALTIES LONDON LIMITED** |

//
//
//
//
//
//
//

1  Plaintiff Centex Homes hereby dismisses, with prejudice, its Complaint against
2 defendant Zurich Specialties London Limited, in its entirety, with each party to bear its own fees
3 and costs.

DATED: January 26, 2017   PAYNE & FEARS LLP

By   */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for CENTEX HOMES

**ORDER**

IT IS SO ORDERED.

Dated: January 30, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

4817-0951-9936.1