# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, | ) |
|           Plaintiff, | ) Case No. 2:16-cv-01278-JCM-GWF |
| vs. | ) **ORDER** |
| ASSURANCE COMPANY OF AMERICA, *et al.*, | ) |
|           Defendant. | ) |

This matter is before the Court on the parties' Stipulated Protective Order (ECF No. 37), filed on March 15, 2017. The proposed protective order is unclear whether the party, who asserts that particular information should be treated as confidential under the protective order, has the burden of proof to establish that the information or document is entitled to such protection. The parties are directed to submit a revised protective order with that clarification. Accordingly,

**IT IS HEREBY ORDERED** that the Stipulated Protective Order (ECF No. 37) is **denied**, without prejudice.

DATED this 16th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge