Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZURICH SPECIALTIES LONDON LIMITED, a New York corporation; ASSURANCE COMPANY OF AMERICA, an Illinois corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, an Illinois corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; UNIONAMERICA INSURANCE COMPANY LIMITED, successor in interest to ST. PAUL REINSURANCE COMPANY LIMITED, a London corporation,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-01278-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY** |

Plaintiff Centex Homes ("Centex") and Defendant St. Paul Fire & Marine Insurance Company ("St. Paul") hereby stipulate to dismiss Centex's complaint against St. Paul, with prejudice, in its entirety, with each party to bear its own fees and costs.

DATED: September 25, 2017  PAYNE & FEARS LLP

By  */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300

Attorneys for Plaintiff CENTEX HOMES

DATED: September 25, 2017  MORALES, FIERRO & REEVES

By  */s/ Ramiro Morales*
RAMIRO MORALES, NV Bar No.: 7101
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Tel. (702) 699-7822

Attorneys for Defendant ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: September 27, 2017

UNITED STATES DISTRICT COURT JUDGE

Stip and order for dismissal of St. Paul (Story) (09 12 17) 4812-9458-4655 v.1.docx