1  Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
3  Las Vegas, Nevada 89101
   Tel: (702) 727-1400; Fax: (702) 727-1401
4  chad.butterfield@wilsonelser.com

5  Michelle Press, Esq. (*pro hac vice*)
   California Bar No. 163637
6  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   555 South Flower Street, Suite 2900
7  Los Angeles, CA 90071
   Tel: (213) 443-5100/Fax: (213) 443-5101
8  Michelle.press@wilsonelser.com

9  *Attorneys for Defendant Unionamerica Insurance Company Limited,*
   *as successor-in-interest to St. Paul Reinsurance Company Limited*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | CASE NO: 2:16-CV-01278-JCM-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |
| v. | |
| ZURICH SPECIALTIES LONDON LIMITED, a New York corporation; ASSURANCE COMPANY OF AMERICA, an Illinois corporation; NORTHERN INSURANCE COMPANY OF NEW YORK, an Illinois corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; UNIONAMERICA INSURANCE COMPANY LIMITED, successor in interest to ST. PAUL REINSURANCE COMPANY LIMITED, a London corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, Centex Homes, by and through its attorneys of record, PAYNE & FEARS LLP and defendant Unionamerica Insurance Company Limited, as successor-in-interest to St. Paul Reinsurance Company Limited, by and through its attorneys of record, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP,

///

///

1242963v.1

that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action be dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 27th day of December, 2017

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq., NV Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant Unionamerica
Insurance Company Limited,
as successor-in-interest to St. Paul
Reinsurance Company Limited*

DATED this 27th day of December, 2017

**PAYNE & FEARS LLP**

*/s/ Sarah J. Odia*
Scott S. Thomas, Esq., NV Bar No. 07937
Sarah J. Odia, Esq., NV Bar No. 11053
Nevada Bar No. 011053
6385 S. Rainbow Blvd., Suite 220
Las Vegas, NV 89118
*Attorneys for Plaintiff Centex Homes*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated December 29, 2017.

_____
UNITED STATES DISTRICT JUDGE