UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CENTEX HOMES,<br><br>        Plaintiff,<br>v.<br>ZURICH SPECIALTIES LONDON LIMIITED, *et al.*,<br><br>        Defendants. | Case No. 2:16-cv-01278-JCM-GWF<br><br>ORDER |

  Presently before the court is the matter of *Centex Homes v. Zurich Specialties London Limited et al.*, case number 2:16-cv-01278-JCM-GWF.

  On June 8, 2016, plaintiff Centex Homes ("Centex") initiated this action against defendants Zurich Specialties London Limited ("Zurich London"); Assurance Company of America ("Assurance"); Northern Insurance Company of New York ("Northern"); St. Paul Fire and Marine Insurance Company ("St. Paul"); and Unionamerica Insurance Company Limited ("Unionamerica"), as successor in interest to St. Paul Reinsurance Company Limited ("Reinsurance") (collectively "defendants"). (ECF No. 1).

  On January 30, 2017, the court dismissed with prejudice all claims against Zurich London. (ECF No. 36). On September 27, 2017, the court dismissed with prejudice all claims against St. Paul. (ECF No. 55). On December 29, 2017, the court dismissed with prejudice all claims against Unionamerica and Reinsurance. (ECF Nos. 57, 64). On January 4, 2018, Centex voluntarily dismissed with prejudice all claims Assurance and Northern. (ECF Nos. 58, 59).

  The court has dismissed with prejudice all claims in this action. Centex Homes has also

filed a notice informing the court "that the instant action has been completely resolved." (ECF No. 64). As there are no further issues to resolve, the court will close the case.

IT IS SO ORDERED.

The clerk shall close the case.

DATED THIS 15th day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE